UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNAL COMBUSTION SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> YAMAHA MOTOR CORPORATION, USA, <br><br> Defendant. | Case No. 12-cv-4564 (MLC) <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Internal Combustion Solutions LLC hereby dismisses without prejudice this action and all claims therein.

By: /s/ Jean-Marc Zimmerman
Jean-Marc Zimmerman (JZ 7743)
Zimmerman & Weiser LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmz@iplcounsel.com
Attorneys for Plaintiff Internal
Combustion Solutions LLC

Dated: December 13, 2012
Westfield, NJ

SO ORDERED:
December 19, 2012

/s/ Mary L. Cooper
Mary L. Cooper, U.S.D.J.

RECEIVED

DEC 19 2012

AT 8:30_____M
WILLIAM T. WALSH CLERK